DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MAURICE JACKSON,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D20-2802

[June 17, 2021]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Marina Garcia-Wood, Judge; L.T. Case No. 02-15460CF10C.

Maurice Jackson, Arcadia, pro se.

No appearance filed for appellee.

PER CURIAM.

*Affirmed.*

GERBER, CONNER and ARTAU, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***